00032855.WPD
KAWASHIMA LORUSSO, LLP
A Limited Liability Law Partnership

RANDALL Y. YAMAMOTO #3274-0
ryamamoto@klhllp.com
TRACIE M. KOBAYASHI #9020-0
tkobayashi@klhllp.com
Topa Financial Center, Fort Street Tower
745 Fort Street, Suite 500
Honolulu, Hawaii 96813
Telephone No. (808)275-0300

Attorneys for Defendant
**COPLEY INVESTMENT GROUP, LLC,**
**A HAWAII LIMITED LIABILITY COMPANY**
**DBA VIVE HOTEL WAIKIKI**

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF HAWAII**

| | |
|---|---|
| VINCENT KHOURY TYLOR and VINCENT SCOTT TYLOR,<br><br>Plaintiffs,<br><br>vs.<br><br>COPLEY INVESTMENT GROUP, LLC, a Hawaii Limited Liability Company, dba VIVE HOTEL WAIKIKI; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; and DOE ASSOCIATIONS 1-10,<br><br>Defendants. | **CIVIL NO. CV 14-00211 JMS-BMK**<br>**[Copyright Infringement]**<br><br>**DEFENDANT COPLEY INVESTMENT GROUP, LLC, A HAWAII LIMITED LIABILITY COMPANY DBA VIVE HOTEL WAIKIKI'S ANSWER TO COMPLAINT FOR COPYRIGHT INFRINGEMENT AND DIGITAL MILLENNIUM COPYRIGHT ACT VIOLATIONS FILED ON MAY 2, 2014; DEMAND FOR TRIAL BY JURY; CERTIFICATE OF SERVICE** |

**DEFENDANT COPLEY INVESTMENT GROUP, LLC, A HAWAII LIMITED LIABILITY COMPANY DBA VIVE HOTEL WAIKIKI'S ANSWER TO COMPLAINT FOR COPYRIGHT INFRINGEMENT AND DIGITAL MILLENNIUM COPYRIGHT ACT VIOLATIONS FILED ON MAY 2, 2014**

Comes now Defendant **COPLEY INVESTMENT GROUP, LLC, A HAWAII LIMITED LIABILITY COMPANY DBA VIVE HOTEL WAIKIKI** (hereinafter referred to as Defendant VIVE HOTEL WAIKIKI), by and through its attorneys, KAWASHIMA LORUSSO, LLP, and for an answer to the Complaint heretofore filed in the above-entitled matter, alleges and avers as follows:

FIRST DEFENSE - ALL COUNTS

1. The Complaint fails to state a claim upon which relief can be granted.

SECOND DEFENSE - ALL COUNTS

2. Defendant VIVE HOTEL WAIKIKI denies the allegations contained in Paragraphs 5, 10, 11, 12, 13, 19, 20, 23, 24, 25, 27, 28, 29, 31, 32, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 49, 50, 51, 52, 53 and 54 of the Complaint as they relate to Defendant VIVE HOTEL WAIKIKI, and the remaining allegations contained in said Paragraphs are neither admitted nor denied, since there presently is insufficient knowledge or information to form a belief as to the truth of these allegations.

3. The allegations contained in Paragraphs 1, 2, 4, 6, 7, 14, 15, 16, 17, 18 and 26 of the Complaint are neither admitted nor denied, since there presently is insufficient knowledge or information to form a belief as to the truth of these allegations.

4. The allegations contained in Paragraphs 3 and 22 of the Complaint are admitted.

5. With respect to the allegations set forth in paragraph 8 of the Complaint, Defendant VIVE HOTEL WAIKIKI admits that it has an ownership interest in a hotel located in Honolulu, Hawaii, under the business name Vive Hotel Waikiki, but denies the remaining allegations therein.

6. With respect to the allegations set forth in paragraph 9 of the Complaint, Defendant VIVE HOTEL WAIKIKI admits the http://vivehotelwaikiki.com website offers information, reservations, and access to Defendant VIVE HOTEL WAIKIKI's social media pages, but denies the remaining allegations therein.

7. With respect to the allegations set forth in paragraph 21 of the Complaint, Defendant VIVE HOTEL WAIKIKI admits that Plaintiffs sent a letter dated August 12, 2013 to Defendant VIVE HOTEL WAIKIKI. Defendant VIVE HOTEL WAIKIKI avers that said letter speaks for itself and Defendant VIVE HOTEL WAIKIKI denies the remaining allegations of said paragraph 21.

8. With respect to the allegations set forth in Paragraph 30 of the Complaint, Defendant VIVE HOTEL WAIKIKI admits that the Vive Hotel Waikiki Facebook page has been "Liked" by over 2,000 users, but denies the remaining allegations therein.

9. With respect to the allegations set forth in Paragraph 33, Defendant VIVE HOTEL WAIKIKI admits that Plaintiffs and Defendant VIVE HOTEL WAIKIKI were unable to resolve this matter, but denies the remaining allegations therein.

10. With respect to the allegations set forth in Paragraph 35, Defendant VIVE HOTEL WAIKIKI admits that Plaintiffs' copyrights have not been licensed to Defendant VIVE HOTEL WAIKIKI and is without knowledge or information sufficient to admit or deny the remaining allegations therein.

11. With regard to the allegations contained in Paragraphs 34 and 48 of the Complaint, Defendant VIVE HOTEL WAIKIKI repeats and realleges answers to Paragraphs 1 through 47, as set forth more fully hereinabove.

12. All allegations not specifically referred to hereinabove are denied.

<u>THIRD DEFENSE</u> - ALL COUNTS

13. Defendant VIVE HOTEL WAIKIKI gives notice that it reserves the right to raise the defense of lack of copyright registration or fatally defective copyright registration. To the

extent that the copyright registrations relied upon by Plaintiffs are inapplicable or fatally defective, this Court lacks jurisdiction over the subject matter of this action.

FOURTH DEFENSE - ALL COUNTS

14. Defendant VIVE HOTEL WAIKIKI gives notice that it reserves the right to raise the defense that one or both of the Plaintiffs lack of standing to bring the alleged claims or that Plaintiffs' claims are otherwise non-judiciable. To the extent that one or both of the Plaintiffs lack standing to bring the alleged claims, or the claims are otherwise non-judiciable, this Court lacks jurisdiction over such claims.

FIFTH DEFENSE - ALL COUNTS

15. Defendant VIVE HOTEL WAIKIKI gives notice that it reserves the right to raise the defenses of insufficiency of process, insufficiency of service of process, and failure to join an indispensable party.

SIXTH DEFENSE - ALL COUNTS

16. Defendant VIVE HOTEL WAIKIKI gives notice that it reserves the right to raise the defenses of consent, waiver, release, abandonment, assumption of risk, laches, acquiescence, rescission, abrogation, accord and satisfaction, license, implied license, and set-off or off-set and detrimental reliance.

SEVENTH DEFENSE - ALL COUNTS

17. Defendant VIVE HOTEL WAIKIKI gives notice that it reserves the right to raise the defenses of unconscionability, illegality, mistake, estoppel, copyright misuse, fraud on the Copyright Office, unclean hands, entrapment, and enticement and that Plaintiffs are barred from obtaining any of the relief they seek herein by the defense of the malice, intent, knowledge or other condition of the minds of Plaintiffs..

EIGHTH DEFENSE - ALL COUNTS

18. Defendant VIVE HOTEL WAIKIKI gives notice that it reserves the right to raise the defense that Plaintiffs abandoned any copyright inhering in the subject photographs and/or that the subject photographs are in the public domain.

NINTH DEFENSE - ALL COUNTS

19. Defendant VIVE HOTEL WAIKIKI gives notice that it reserves the right to raise the defenses of fair use and/or *de minimus* infringement.

TENTH DEFENSE - ALL COUNTS

20. Defendant VIVE HOTEL WAIKIKI gives notice that it reserves the right to raise the defenses of lack of requisite knowledge and/or intent to create liability and that Defendant VIVE HOTEL WAIKIKI acted with innocent intent and/or in good faith.

ELEVENTH DEFENSE - ALL COUNTS

21. If Plaintiffs were injured or damaged as alleged in the Complaint, such injuries or damages were proximately caused by acts or omissions of Plaintiffs and/or their affiliates, or other parties over whom Defendant VIVE HOTEL WAIKIKI has no control and for which it bears no responsibility or liability, and not by the acts or omissions of Defendant VIVE HOTEL WAIKIKI.

TWELFTH DEFENSE - ALL COUNTS

22. Plaintiffs have an adequate remedy at law and injunctive relief is not warranted in the circumstances of this case.

THIRTEENTH DEFENSE - ALL COUNTS

23. Plaintiffs failed to mitigate their damages and accordingly may be barred, in whole or in part, from recovery herein.

FOURTEENTH DEFENSE - ALL COUNTS

24. Plaintiffs have failed to set forth their claims with sufficient particularity to allow Defendant VIVE HOTEL WAIKIKI to raise all appropriate defenses, and therefore, Defendant VIVE HOTEL WAIKIKI reserves its right to amend or supplement this answer with additional affirmative defenses.

FIFTEENTH DEFENSE - ALL COUNTS

25. Defendant VIVE HOTEL WAIKIKI intends to rely upon the defense that liability to Plaintiffs, if any, is that of persons other than Defendant VIVE HOTEL WAIKIKI.

SIXTEENTH DEFENSE - ALL COUNTS

26. Defendant VIVE HOTEL WAIKIKI gives notice that it intends to rely on the defense of lack of causation.

SEVENTEENTH DEFENSE - ALL COUNTS

27. Defendant VIVE HOTEL WAIKIKI gives notice that it intends to rely upon any other matter constituting an avoidance or affirmative defense as set forth in Rule 8(c) of the Federal Rules of Civil Procedure, and that it intends to seek leave to amend its answer to specifically allege those defense of which it may become aware during the course of discovery or trial of this matter.

WHEREFORE, Defendant VIVE HOTEL WAIKIKI prays that the suit be dismissed and Defendant VIVE HOTEL WAIKIKI be awarded its costs herein, including reasonable attorney's fees and/or that the jury find the degree of comparative negligence of all parties and that the damages awarded the Plaintiffs be discounted by an amount directly proportional to the total damages as the proportion of the Plaintiffs' negligence is to the total negligence that caused the injury and/or damages and that

judgment be entered herein in favor of Defendant VIVE HOTEL WAIKIKI for such other and further relief as the Court deems just and proper.

DATED: Honolulu, Hawaii, June 16, 2014.

/S/ TRACIE M. KOBAYASHI
RANDALL Y. YAMAMOTO
BRIAN Y. HIYANE
TRACIE M. KOBAYASHI
Attorneys for Defendant
**COPLEY INVESTMENT GROUP, LLC, A HAWAII LIMITED LIABILITY COMPANY DBA VIVE HOTEL WAIKIKI**