J. STEPHEN STREET 1573-0
Attorney At Law
134 Maono Place
Honolulu, Hawaii 96821
Telephone No.: (808) 754-1647
Facsimile No.: (888) 334-6499
E-mail: jsstreet@ip-law-hawaii.com

DANE ANDERSON 9349-0
Attorney At Law, LLLC
P.O. Box #1621
Honolulu, Hawaii 96806
Telephone No.: (808) 285-4760
E-mail: dane@andersonlawhawaii.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| VINCENT KHOURY TYLOR and VINCENT SCOTT TYLOR,<br><br>Plaintiffs,<br>vs.<br><br>COPLEY INVESTMENT GROUP, LLC, a Hawaii Limited Liability Company, dba VIVE HOTEL WAIKIKI; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; and DOE ASSOCIATIONS 1-10,<br><br>Defendants. | CIVIL NO. 14-00211 JMS-BMK<br>(Copyright Infringement)<br><br>STIPULATED PERMANENT INJUNCTION AND ORDER; EXHIBITS "A"-"B" |

**STIPULATED PERMANENT INJUNCTION AND ORDER**

IT IS HEREBY STIPULATED by and between VINCENT KHOURY TYLOR, VINCENT SCOTT TYLOR, and COPLEY INVESTMENT GROUP, LLC, a Hawaii Limited Liability Company, dba VIVE HOTEL WAIKIKI, being all of the parties who have appeared in this case, as follows:

COPLEY INVESTMENT GROUP, LLC, a Hawaii Limited Liability Company, dba VIVE HOTEL WAIKIKI, and its officers, directors, managers, members, agents, and employees, together with all others in active concert or participation with it who receive actual knowledge of this, are hereby permanently enjoined from any and all publication, display, reproduction, distribution, and use of the photographic works of VINCENT KHOURY TYLOR and VINCENT SCOTT TYLOR, attached as Exhibits A and B, without prior written consent from VINCENT KHOURY TYLOR or VINCENT SCOTT TYLOR.

DATED: Honolulu, Hawai`i, May 21, 2015.

/s/ J. Stephen Street
J. STEPHEN STREET
DANE ANDERSON
Attorneys for Plaintiffs
VINCENT KHOURY TYLOR
and VINCENT SCOTT TYLOR

/s/ Randall Y. Yamamoto
RANDALL Y. YAMAMOTO
YAMAMOTO KIM LLP
Attorney for COPLEY INVESTMENT GROUP, LLC, a Hawaii Limited Liability Company, dba VIVE HOTEL WAIKIKI

APPROVED AND SO ORDERED.

DATED: Honolulu, Hawaii, May 22, 2015.

/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge

# EXHIBIT A

## Hawaii 2000 - Copyright - Vincent Khoury Tylor - VA 1 696-555 page no. 1


A-01 HAMMOCK


A-02-B BIG WAVE


A-03 MONK SEAL - STOMACH


A-03 MONK SEAL - BACK


A-04 HAWAIIAN SEA TURTLE


A-05 MONK SEAL WITH PUP


A-06 NENE GEESE


A-06-C NENE GOOSE


A-07 SURFERS AT DUSK


A-08 GOLF HAWAII


A-09 PALM SUNSET


A-10 ISLAND SUNSET


A-11 HAWAIIAN SUNSET


A-12-B LANIKAI - GIRL


A-13 ROOSTER W-ROCK


A-14 TROPICAL LAGOON


A-15 SECLUDED FALLS


A-16 HORSES IN HAWAII


A-17 NAPALI SUNSET WIDE


A-19 SNORKEL HAWAII


A-20 SURFER AT TWILIGHT


A-21 BLUE SKY SUNSET


A-23B BALI HAI SUNSET


A-24 TROPICAL DAY


A-27 SOUTH PACIFIC SUNSET


A-28 EMERALD WATERS


A-30 A DAY AT THE BEACH


A-35 COASTAL COLORS


B-01-A RAINBOW FALLS


B-01-B RAINBOW FALLS


B-02 PUNALUU BLACK SAND BEACH


B-03 WAIPIO VALLEY


B-03-T WAIPIO VALLEY TREES


B-04 ANAEHOOMALU BAY SUNSET


B-05-B POLOLO SUNSET


B-06 MAGIC SANDS BEACH


B-07 AKAKA FALLS - HOR.


B-07-V AKAKA FALLS VERT.


B-09 HAPUNA BEACH SOUTH


B-09-N HAPUNA BEACH NORTH


B-10 SECLUDED COVE


B-12 KONA COAST


B-18 GREEN BEACH


B-18-B GREEN BEACH


B-19 POLOLU VALLEY WIDE


B-20 POLOLU OCEAN VIEW


F-01 YELLOW HIBISCUS


F-02 BIRD OF PARADISE w-FRIEND


F-02-B BIRD OF PARADISE


F-03 RED HIBISCUS


F-05 WILD ORCHIDS OLD


F-07 PLUMERIA


K-02-B SPOUTING HORN SUNSET


K-04-B KILAUEA LIGHTHOUSE


K-04-V KILAUEA LIGHTHOUSE VERT.


K-05 WAIMEA SUNSET OLD


K-06-A WAILUA FALLS VERT.


K-06-B WAILUA FALLS RAINBOW


K-06-C WAILUA FALLS-HEAVY RAIN


K-07 KALALAU VALLEY RIDGES


K-07-N KALALAU VALLEY WIDE


K-08 KEE BEACH


K-10 HANALEI VALLEY


K-11 SPOUTING HORN - FOLIAGE


K-11-B SPOUTING HORN


K-12 LUMAHAI BEACH


K-16 HANALEI KAYAKER


K-20 WAIMEA CANYON


K-20-B WAIMEA CANYON WIDE


K-21 FERN GROTTO


K-22 OPAEKAA FALLS


K-20-B NAPALI SUNSET OLD


K-24-B KEALIA BEACH


K-26 HANAPEPE LOOKOUT


K-27 NAPALI COAST



K-28 HANALEI PIER DAY



K-33-B ROOSTER CROWING



K-35 MAHALAPUU



K-36 HAENA BEACH



K-38 TARO FIELDS OF HANALEI



K-39 SHIPWRECKS BEACH



K-41 TUNNELS BEACH



M-01 END OF HANA



M-02
WAILUA FALLS



M-03 LAO NEEDLE SUNRISE



M-04 WEST MAUI MOUNTAINS OLD



M-05 KIHEI BEACH



M-06 HALEAKALA SUNRISE



M-07 WINDSURFERS



M-09 ALAU ISLE SUNRISE


M-11 7 POOLS WATERFALLS


M-13 LAHAINA AT DUSK


M-13-B LAHAINA HARBOUR SUNSET


M-14 SILVERSWORD


M-16 MAUI TROPICAL PLANTATION


M-18 TURQUOISE LAGOON


M-24 BLACK BEACH ROCKS


M-25 KAANAPALI BEACH


M 22-A HONOLUA BAY


M-24-C BLACK SAND BEACH


O-01 WAIKIKI PINK BOAT


O-03 WAIKIKI DAWN


O-04 LANIKAI SHORELINE


O-05 CHINAMANS HAT


O-06 HANAUMA BAY WIDE


O-07 WAIMEA FALLS


O-08 WAIKIKI FROM TOP


O-10-V
MAKAPUU
LIGHTHOUSE


O-11 WAIMEA BAY


0-12-B PALI LOOKOUT


O-15 WAIKIKI SKYVIEW


O-22 KANEOHE FISH POND


O-23 WAIKIKI DUSK


O-24 MAKAPUU


S-02 LAST NIGHT IN POIPU


S-03 KAUAI GOLDEN SUNRISE


S-04 COASTAL TRANQUILITY


S-06 FISHING AT SUNSET


S-14 FLAT REEF SUNSET


S-16 HAWAIIAN STORMSCAPE



V-03  LAVA CLOSE-UP



V-04  WHERE THE ROCKS BLEED



K-41  TUNNELS BEACH

## Hawaii 2004 - Copyright - Vincent Khoury Tylor - VA 1-696-552




A-00  TROPICAL REFLECTIONS


A-04B  SEA TURTLE IN WHITE WATER


A-29  TROPICAL OASIS


A-29V TROPICAL OASIS VERT.


A-31  HAWAIIAN LOI POND


A-32  MYSTICAL COVE


A-33  ISLAND SHOWERS


A-34  ISLAND FALLS


A-36  ISLAND CRUISING


A-39  COOL HAWAIIAN STREAM


A-39  MAJESTIC FALLS


A-40  HAWAIIAN CRAB


A-41  LOCAL SWIMMING HOLE


A-42  COASTAL SUNSET


F-08  PLUMERIA CLOSEUP

# Hawaii 2004 - Copyright - Vincent Khoury Tylor - VA 1-696-552





F-09  PINK PLUMERIA CLOSEUP



F-10  GINGER



HANALEI PIER SUNSET



K-06-D  WAILUA FALLS - STREAM



K-06-E
WAILUA FALLS
STREAM VERT.



K-12-B  LUMAHEI BEACH LOW



K-16-B  HANALEI HEAVEN



K-19  POIPU BEACH



K-35-B  MAHALEUPU SHORELINE



K-38-B  HANALEI TARO FIELDS



K-40  DONKEY BEACH



K-41-B  TUNNELS BEACH



K-41-B2  TUNNELS BEACH



K-42  SECRET BEACH



K-44 KALIHIWAI BEACH




KAUAI POSTER COLLAGE



M-00 HALEAKALA CRATER



M-09-C ALAU ISLAND SUNBURST



M-10 HALEAKALA CRATER WIDE



M-14-C HALEAKALA CLOSEUP



M-24-D BLACK BEACH FOLIAGE



M-26 MAUI SUNSET



M-27 BIG BEACH - MAUI



S-00 SEASIDE WALK



S-01 COASTAL DREAMS



S-02 FIRE AT SHIPWRECKS



S-05 DUSK OVER KONG MOUNTAIN



S-06 PACIFIC EVENING MIST



S-08 ENCHANTING SEAS REDO



S-08 ISLAND MIST

# Hawaii 2004 - Copyright - Vincent Khoury Tylor - VA 1-696-552




S-09 SEASIDE GLOW


S-12 SEA CAVE SUNSET


S-12 SOUTH PACIFIC BLUES


S-17 FISHERMAN SEASCAPE


S-18 PEACEFUL SEAS


S-19 ISLAND SEASCAPE


V-08 EVENING GLOW


V-09 SUNSET OVER LAVA FLOW


V-10 LAVA DREAMS


V-11 COASTAL FIRE


M-14-C HALEAKALA CLOSEUP


S-00 MYSTICAL REEF


S-10 ENCHANTING SEAS

**O-01 Waikiki-Pink boat ORIGINAL VERSION**
**Copyright – Vincent Khoury Tylor – VA 1-759-562 (1 image)**



**Waikiki Day 2003 O-15-C**
**Copyright - Vincent Khoury Tylor -** VA 1-792-948 (1 image)



**Honolua Bay M- 22- B**
**Copyright – Vincent Khoury Tylor – VA 1-789- 671 (1 image)**



**Big Island Coastline - B-22**
**Copyright - Vincent Khoury Tylor -** VA 1-821-752 (1 image)



# EXHIBIT B




Anini 02


Waikiki 03


Big Island 0007


Big Island 0008


Chinamans Hat 02


Flags Beach Kauai 01


Hanalei Bay Sunset


Hanalei Beach Kauai 04


Hanama Bay


Hidden Falls 3


Kauai Golf


Kong Seascape 0002


Lani Kai Beach 01


Northwest Maui 06


Oahu Beachs 01


Poli hali Perfect colours


Princeville 01


Shipwrecks Beach


South Side Beaches 0001


South Side Beaches 0008


South Side Sunset Kauai 02


Tunnels Beach 0003


Venice Falls, Maui


Waikiki 02


Hidden Waterfall 0001

2006 Moloaa Beach Foliage and Kalalau Valley Sunset Colors: VA 1 871-793



Moloaa Beach Foliage



Kalalau Valley Sunset Colors

2003 Hanauma Bay Lookout Original by Vincent Scott Tylor: VA 1 871-794



Hana Lagoons by Vincent Scott Tylor: VA 1 801-448



2006 Awapuhi Trail by Vincent Scott Tylor: VA 1 892-225

